# Third District Court of Appeal

## State of Florida

Opinion filed October 25, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1717
Lower Tribunal Nos. DOAH 22-002404CS; CSP No. 2001413098 &
13200009226FC

_____

**John Molloy,**
Appellant,

vs.

**Department of Revenue, et al,**
Appellees.

An Appeal from the State of Florida, Department of Revenue.

John Malloy, in proper person.

Ashley Moody, Attorney General, and Toni C. Bernstein, Sr. Assistant Attorney General (Tallahassee), for appellee Department of Revenue.

Before LOGUE, C.J., and LINDSEY and MILLER, JJ.

PER CURIAM.

Affirmed. <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").